**** CORRECTED COPY ****

## UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

### UNITED STATES

**v.**

### Airman JASON M. FRANK
### United States Air Force

### ACM S32321

### 4 February 2016

Sentence adjudged 4 March 2015 by SPCM convened at Lajes Field, Azores, Portugal. Military Judge: Donald R. Eller (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 5 months, and reduction to E-1.

Appellate Counsel for the Appellant: Major Melissa Biedermann.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

ALLRED, MITCHELL, and MAYBERRY
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT

LAQUITTA J. SMITH
Appellate Paralegal Specialist